N. E. 744. Nothing is found in the motion papers submitted for reargument which is sufficient to induce the court to grant the motion.

WELLS, Appellant, v. CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Jane Wells against the city of Brooklyn. No opinion. Order resettled and signed. See 38 N. Y. Supp. 309, and 41 N. Y. Supp. 143.

WERNER, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Lizzie Werner against the Steinway Railway Company of Long Island City. No opinion. Judgment and order unanimously affirmed, with costs.

WESTCOTT et al. v. HIGGINS et al. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by Clarence M. Westcott and another against John H. Higgins and another. No opinion. Order affirmed, with $10 costs and disbursements.

WM. H. FRANK BREWING CO. v. FIGUNDIO. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by the Wm. H. Frank Brewing Company against Teresina Figundio. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

WILLIAMS et al., Respondents, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Louis L. Williams and others against William H. Robinson. No opinion. Judgment and order affirmed, with costs. All concur.

WINNE, Appellant, v. FANNING et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Isaac W. Winne against Benjamin Fanning and others. No opinion. Judgment affirmed, with costs. All concur.

WINTERSON v. GARDNER. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Maria L. Winterson against Maria Gardner. No opinion. Motion granted.

WITTENBERG, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Henry Wittenberg against Frederick Seitz, impleaded. No opinion. Motion denied, with $10 costs. All concur. See 40 N. Y. Supp. 899.

WOOD, Appellant, v. TRUMBULL et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Isaac R. T. Wood against John L. Trumbull and others. No opinion. Judgment affirmed, with costs. All concur.

WOODWARD, Appellant, v. HOLLAND MEDICINE CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Charles H. Woodward against the Holland Medicine Company and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

ZEISER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1896.) Action by Frank S. Zeiser, administrator, etc., of Josephine Zeiser, deceased, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

ZELLER, Appellant, v. MUTH, Respondent. (Supreme Court, Appellate Term, First Department. October, 1896.) Action by Lorenz Zeller against John Muth. E. Miehling, for appellant. J. Cochrane, for respondent. No opinion. Reversed upon argument.

ZIEGLER, Appellant, v. LAMB, Respondent. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by William Ziegler against Hugh Lamb. No opinion. Order modified so as to provide as follows: "It is ordered that plaintiff serve a verified bill of particulars upon the attorneys for the defendant within 20 days after the service of a copy of this order upon the attorneys for plaintiff, which said bill of particulars shall state specifically the items of the alleged injury to the building of the plaintiff, and the amount of damage each specific item of injury thereto causes,"—with $10 costs and disbursements to abide the event. See 40 N. Y. Supp. 65.